Marc Pharr Jr    4/14/26

Memph Jr

25-20081-8

RECEIVED
─────────────

APR 14 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

I marc pharr jr have broken my lease
and will be changing my adress to
2171 Stovall Ave Memphis TN 38108